UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:05cr0053 AS |
| | ) | |
| **MOHAMMED MOALLEM** (1) | ) | |
| **HABIB MOALLEM** (2) | ) | |
| **PETAR JUNCKOVIC** (3) | ) | |
| **KAMAL YUSEF, also known as** | ) | |
| Joe (4) | ) | |
| **SAID KAISI** (5) | ) | |
| **FARHAD TANZIF** (6) | ) | |
| **TANIOS AZZO, also known as** | ) | |
| Tony, (7) | ) | |
| **ISHMAEL FARRAJ** (8) | ) | |
| **FOUAD MASOUD** (9) | ) | |
| **MAHER NUBANI** (10) | ) | |
| **JAMAL QTEISH** (11) | ) | |
| **ABDELKARIN HAJ** (12) | ) | |

*MEMORANDUM AND ORDER*

The court now takes up without an oral argument some motions filed by some defendants in this case. On July 22, 2005, the defendant Petar Junckovic, filed a motion to preserve agent's notes which is **GRANTED**. The same defendant filed a motion for relief from post-indictment restraining order, which is **DENIED** for the time being with leave of the defendant to renew.

The defendant Ishmael Farraj filed a motion for severance on July 22, 2005, which is **DENIED**. Defendant Farraj also filed a motion for transfer and objection to venue on July 22, 2005, which is also **DENIED**. *See United States v. Zafiro*, 506 U.S. 534 (1993). One

of the charges here is a count purporting to invoke a conspiracy count under Title 18 U.S.C. §371.  Looking at the allegations of the indictment clearly, there is proper venue on that count in this case.  Therefore, that motion is **DENIED**.  **IT IS SO ORDERED**.

　　　　**DATED:**  November 15, 2005

　　　　　　　　　　　　　　　　　　　　　**S/ ALLEN SHARP**
　　　　　　　　　　　　　　　　　　　　**ALLEN SHARP, JUDGE**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**